IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHARNIECE SUTTON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> HM SOWEGA RESTAURANT, LLC, : <br> : <br> Defendant. : <br> _____ : | CASE NO: <br> 7:25-cv-85–WLS |

### ORDER

On November 25, 2025, Plaintiff filed a Motion for Leave to File Plaintiff's First Amended Complaint (Doc. 10) ("Motion"). The Motion was filed within the deadline set in the Court's Discovery/Scheduling Order (Doc. 9) for the Parties to file motions to join another party or to amend pleadings. Per the Motion, on November 17, 2025, Plaintiff provided Defendant with a copy of the proposed Amended Complaint, along with a consent motion for leave to file. (Doc. 10 at 1 n.1). As the Motion is not filed as a consent motion, presumably, the Defendant did not consent to the filing of the Amended Complaint.

Accordingly, on or before close of business on **Friday, December 12, 2025**, Defendant may file a response, if any, to the Motion, and the Court will take the Motion under consideration at that time.

**SO ORDERED**, this 8th day of December 2025.

 /s/W. Louis Sands
 **W. LOUIS SANDS, SR. JUDGE**
 **UNITED STATES DISTRICT COURT**