IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SHARNEICE SUTTON,

      Plaintiff,

      v.

HM SOWEGA RESTAURANT, LLC,

      Defendant.

Civil Action No. 7:25-cv-00085-WLS

## JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF SHARNEICE SUTTON'S FIRST AMENDED COMPLAINT

Defendant HM SOWEGA RESTAURANT, LLC ("Defendant" or "HM SOWEGA") and Plaintiff Sharneice Sutton ("Plaintiff") (hereinafter referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

The Parties jointly stipulate that the time in which Defendant shall be required to answer, plead, move, counterclaim or otherwise respond to Plaintiff's First Amended Complaint in the above-styled matter, including the filing of all answers, pleadings, motions, affirmative defenses, and other responses, is hereby extended to and including April 6, 2026.

Defendant shall file a responsive pleading or otherwise respond to Plaintiff's First Amended Complaint on or before April 6, 2026.

So stipulated this 31st day of March, 2026.

/s Leslie B. Hartnett
Leslie B. Hartnett
Georgia Bar No. 236877
FORD & HARRISON LLP
271 17th Street, N.W.

1

Suite 1900
Atlanta, GA 30363
lhartnett@fordharrison.com

*Attorney for Defendant*

/s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar. No. 940504
The Worker's Firm
7000 Central Parkway
Suite 1100, Office 23
Atlanta, GA 30328
(404) 382-9660
severin@theworkersfirm.com

*Attorney for Plaintiff*

SO ORDERED this _lst_ day
of _April, 2026_

W. Louis Sands, Sr. Judge
United States District Court

2