**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

SHARNIECE SUTTON,

Plaintiff,

v.

HM SOWEGA RESTAURANT, LLC,

Defendant.

Civil Action No.:
7:25-cv-00085-WLS

JURY TRIAL DEMANDED

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sharniece Sutton and Defendant HM Sowega Restaurant, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.

*[Signatures on following page.]*

Respectfully submitted this 12th day of October, 2026.

**THE WORKERS' FIRM**

*/s/ V. Severin Roberts, Esq*
V. Severin Roberts
Georgia Bar No. 940504
7000 Central Parkway
Suite 110, Office 23
Atlanta, GA 30328
404-448-1789
severin@theworkersfirm.com
Patrick James Reid
Georgia Bar No. 888769
2 20th St. N., Suite 900
Birmingham, AL 35203
470-367-1589
patrick@theworkersfirm.com

*Counsel for Plaintiff*

**FORDHARRISON LLP**

*/s/ Gabriel Patrick McCarthy*
Gabriel Patrick McCarthy
Leslie B. Hartnett
271 17th Street NW
Suite 1900
Atlanta, GA 30363
404-888-3970
gmccarthy@fordharrison.com
404-888-3819
lhartnett@fordharrison.com

*Counsel for Defendant*

SO ORDERED this 13th day of October, 2026.

W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| SHARNIECE SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>HM SOWEGA RESTAURANT, LLC,<br><br>Defendant. | Civil Action No.:<br>7:25-cv-00085-WLS<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 12th day of October, 2026.

**The Workers' Firm**

*/s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504